Submitted on the record January 5, ballot title referred to Attorney General for modification June 21, ballot title certified July 11, 2007 (343 Or 117)

Chip TERHUNE,
Larry Wolf & Steven Novick,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S54220)

162 P3d 248

Margaret S. Olney, Smith, Diamond & Olney, Portland, filed the petition for review and reply for petitioners Terhune, Wolf, and Novick.

Judy Lucas, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the memorandum were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

PER CURIAM

## PER CURIAM

Petitioners challenge the Attorney General's certified ballot title for Initiative Petition 49 (2008). ORS 250.085(5). Initiative Petition 49, if adopted, would modify Oregon law regarding union security agreements.

The text of Initiative Petition 49 is virtually identical to the text of Initiative Petition 48 (2008). The Attorney General certified identical ballot titles for Initiative Petitions 48 and 49.

We decided a ballot title challenge regarding Initiative Petition 48 in *Sizemore/Terhune v. Myers*, 342 Or 578, 157 P3d 188 (2007). In that case, petitioners' and the Attorney General's arguments regarding the ballot title were identical to those that they submit here. This court concluded in *Sizemore* that the Attorney General's ballot title for Initiative Petition 48 required modification on referral.

For the reasons stated in *Sizemore*, the Attorney General's certified ballot title in this proceeding does not comply substantially with statutory requirements and requires modification on referral. ORS 250.085(8).

Ballot title referred to the Attorney General for modification.